```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

```
UNITED STATES OF AMERICA,       )
                                )          4:01CR3110
              Plaintiff,        )
                                )
     vs.                        )          ORDER
                                )
FIDEL E. MARTINEZ,              )
                                )
              Defendant.        )
```

IT IS ORDERED that a revocation hearing is set to commence at **12:00 p.m. on December 7, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated:  October 20, 2006.

                          BY THE COURT

                          s/ David L. Piester

                          _____
                          David L. Piester
                          United States Magistrate Judge